UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMARA FIELDS, THE ESTATE OF LLOYD CARL FIELDS JR. *by and through Tamara Fields as Personal Representative*, HEATHER GAVINO, THE ESTATE OF JAMES DAMON CREACH *by and through Heather Gavino as Personal Representative*, JAYEDON CREACH, J. CREACH *by and through his Parent and Guardian Heather Gavino*, REYNALDO GONZALEZ, KIMBERLY HARRIS, THE ESTATE OF SEAN COPELAND *by and through Kimberly Harris as Personal Representative*, THE ESTATE OF BRODIE COPELAND *by and through Kimberly Harris as Personal Representative*, RHASIA LOVE, KHALESI LOVE, and VEDA LOVE,<br><br>　　　　　　Judgment Creditors,<br>　v.<br><br>SYRIAN ARAB REPUBLIC,<br><br>　　　　　　Judgment Debtor. | Case No. 3:23-mc-00109-JAM<br><br>**MOTION TO SEAL CONFIDENTIAL DOCUMENT** |

Pursuant to Federal Rule of Civil Procedure 26(e) and Local Rule 5(e), Judgment Creditors Tamara Fields, the Estate of Lloyd Carl Fields Jr., Heather Gavino (formerly Heather Creach), the Estate of James Damon Creach, Jayedon Creach, J. Creach, Reynaldo Gonzalez, Kimberly Harris (formerly Kimberly Copeland), the Estate of Sean Copeland, the Estate of Brodie Copeland, Rhasia Love (formerly Alexandra Tucker), Khalesi Love (formerly Isabella Tucker) and Veda Love (formerly Olivia Tucker) (collectively, "Judgment Creditors") respectfully submit this motion to seal the Court's June 4, 2024 Order (ECF No. 18) ("6/4/2024 Order") and the related docket entry.

In support of this motion, Judgment Creditors state as follows:

1

1. Local Civil Rule 5(e)(3) provides, in part: "No judicial document shall be filed under seal, except upon entry of an order of the Court either acting *sua sponte* or specifically granting a request to seal that document."

2. Pursuant to this rule, Judgment Creditors request the Court seal the 6/4/2024 Order and the related the docket entry.

3. On April 25, 2022, the Court in *Fields v. Syrian Arab Republic*, Civil Case. No. 1:18-cv-01437-RJL (D.D.C.) issued a Protective Order (ECF No. 6-6) ("D.D.C. Protective Order") controlling the public disclosure of confidential documents produced by OFAC.

4. On October 17, 2022, counsel for Judgment Creditors and counsel for financial institution at issue entered into a Stipulated Confidentiality Agreement (ECF No. 6-7) ("Stipulated Confidentiality Agreement") controlling the public disclosure of confidential documents produced by that financial institution.

5. Here, the references to financial institution and account holder at issue in the 6/4/2024 Order and the related the docket entry implicate both the D.D.C. Protective Order and the Stipulated Confidentiality Agreement. Specifically, the name of the financial institution at issue is only known to Judgment Creditors as a result of the OFAC's response to their subpoena. Likewise, the name of the account holder at issue is only known to Judgment Creditors as a result of the financial institution's response to their subpoena.

6. The presumption of public access to judicial documents is subject to multiple, well-recognized exceptions designed to protect access to sensitive information and may be overcome "to preserve higher values" provided "the sealing order is narrowly tailored to achieve that aim." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). This motion satisfies these requirements.

7. Accordingly, Judgment Creditors respectfully request the Court grant their request to seal the documents referenced above and substitute the redacted versions attached hereto on the public docket.

Dated: June 4, 2024

Respectfully Submitted,

**REARDON SCANLON LLP**

By:    */s/ James J. Reardon, Jr.*
       James J. Reardon, Jr.

James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
E-mail: james.reardon@reardonscanlon.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (to be admitted *pro hac vice*)
1330 Avenue of the Americas, Fl. 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Judgment Creditors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

                                                    <u>/s/ James J. Reardon, Jr.</u>
                                                    James J. Reardon, Jr. (ct13802)