Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK: R. K. Wood    RPTR/ECRO/TAPE: Court Smart
TOTAL TIME: ___ hours  11 minutes
DATE: 1/6/25    START TIME: 2:31 p.m.    END TIME: 2:42 p.m.
LUNCH RECESS  FROM: ____ TO: ____
RECESS (if more than ½ hr)  FROM: ____ TO: ____

CIVIL NO. 3:23MC109 (JAM)

Fields
           vs
Syrian Arab Republic

Plaintiff's Counsel: J. Arisohn, J. Reardon, Jr.

Defendant's Counsel:

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing  1m
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [✓] Miscellaneous Hearing  10m

[✓] ….#25 Motion for leave to carry out service via alternative means  [ ] granted [ ] denied [✓] advisement

Notes: Telephonic status conference was also held.